**Appeals Dismissed and Memorandum Opinion filed November 19, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00721-CV

## IN THE INTEREST OF N.H., A CHILD

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2020-00464J**

### NO. 14-20-00726-CV

## IN THE INTEREST OF M.J.H., A CHILD

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2020-47693**

## MEMORANDUM OPINION

Each of these cases is an attempted appeal from an order striking a petition in intervention. Such an order is not reviewable on interlocutory appeal. *See*

*Barrett v. Barrett*, No. 14-03-00373-CV, 2004 WL 1925972, at *1 (Tex. App.—Houston [14th Dist.] Aug. 31, 2004, no pet.) (mem. op.)

On October 28, 2020, notification was transmitted to the parties in each case of this court's intention to dismiss the appeals for want of jurisdiction unless on or before November 9, 2020, any party filed a response demonstrating grounds for continuing the appeals. *See* Tex. R. App. P. 42.3(a). In each case, appellant responded and agreed that this court lacks jurisdiction over the appeal.

Accordingly, we dismiss the appeals for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Poissant.